## Commonwealth *v.* Altizer, Appellant.

Argued November 13, 1969. Before JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Dennis H. Eisman,* for appellant.

*James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 9, 1970:

The Court being equally divided, the order of the Superior Court is affirmed.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.